<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter    **7**

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ice Energy Holdings, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4413743** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1575 Sunflower Avenue** **Costa Mesa, CA 92626** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.ice-energy.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Ice Energy Holdings, Inc.**                                                      Case number (*if known*) _____
　　　　Name

---

**7.**  **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　__3334__

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

　　　District _____  When _____  Case number _____

　　　District _____  When _____  Case number _____

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

　　　Debtor _____  Relationship _____

　　　District _____  When _____  Case number, if known _____

---

Debtor    **Ice Energy Holdings, Inc.**                                     Case number (if known) _____
    Name

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Ice Energy Holdings, Inc.**                              Case number (if known) _____
         Name

---

|  | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**of authorized**
**representative of debtor**  I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2019**
              MM / DD / YYYY

X _____                 **Alex Collins**
  Signature of authorized representative of debtor   Printed name

Title   **President and CFO**   _____

**18. Signature of attorney**   X _____   Date  **December 17, 2019**
                                  Signature of attorney for debtor          MM / DD / YYYY

**Hamid R. Rafatjoo 181564** _____
Printed name

**Raines Feldman LLP** _____
Firm name

**1800 Avenue of the Stars**
**12th Floor**
**Los Angeles, CA 90067** _____
Number, Street, City, State & ZIP Code

Contact phone   **(310) 440-4100** _____   Email address   **hrafatjoo@raineslaw.com** _____

**181564 CA** _____
Bar number and State

CERTIFICATE BY BOARD OF DIRECTORS OF
ICE ENERGY HOLDINGS INC.
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 7 OF THE BANKRUPTCY CODE

The undersigned hereby certify as follows:

1.      They constitute all of the members of the Board of Directors (the "Board") of Ice Energy Holdings Inc., a Delaware corporation (the "Company").

2.      At a special meeting of the Board of Directors of the Company, with a quorum present, on December 15, 2019, the following resolutions were duly enacted by unanimous vote of the Board members present, and the same remain in full force and effect, without modification, as of the date set forth below:

> RESOLVED, that a Petition under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") shall be filed by the Company with the United States Bankruptcy Court, Central District of California (the "Bankruptcy Court"), on December 16, 2019 or such other date as is determined to be optimal for the Company by Alex David Collins, the current President of the Company (the "Petition Date");

> FURTHER RESOLVED, that Alex David Collins is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 7 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 7 bankruptcy case on the Petition Date;

> FURTHER RESOLVED, that Alex David Collins is authorized and directed on behalf of and in the name of the Company to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds, and to review, execute and file and to cause bankruptcy counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists, papers, documents, reports, motions, applications and other pleadings in connection with the Company's bankruptcy case; and

> FURTHER RESOLVED, that the Company hereby retains the law firm of Raines Feldman LLP as bankruptcy counsel for the Company.

Dated: December 15, 2019

ICE ENERGY HOLDINGS INC.,
a Delaware corporation

**Daniel Lef**

_____
Dan Leff, Chairman of the Board and Director

**Frank Carroll**

_____
Frank Carroll, Director

_____
Alex David Collins, Director

**Marcus Childress**

_____
Marcus Childress, Director

**Signature:** *Daniel Leff*
Daniel Leff (Dec 16, 2019)

**Email:** dleff@ice-energy.com

**Signature:** *Marcus Childress*
Marcus Childress (Dec 16, 2019)

**Email:** marc.childress@gmail.com

**Signature:** *FJCarroll*
Frank Carroll (Dec 16, 2019)

**Email:** fcarroll@oaktreecapital.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Hamid R. Rafatjoo 181564**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 440-4100 Fax: (310) 691-1367**<br>California State Bar Number: 181564 CA<br>hrafatjoo@raineslaw.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Ice Energy Holdings, Inc.** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __28__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **December 17, 2019** _____  _____
                                                        Signature of Debtor 1

Date: _____  _____
                                                        Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **December 17, 2019** _____  _____
                                                        Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

Ice Energy Holdings, Inc.
1575 Sunflower Avenue
Costa Mesa, CA 92626


Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067


Office of the U.S. Trustee
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701


Aaron Langley
21622 Marguerite Pkwy Apt 384
Mission Viejo, CA 92692


Ack-Air Duct, LLC
PO Box 3721
Nantucket, MA 02584


ACP Thule Investments LLC, C/O ARGO Infr
650 Fifth Ave, 17/F
New York, NY 10014


AES Mechanical
2171 Hwy 229 S
PO Box 780115
Tallassee, AL 36078


Agri-Plastics MFG.
7793 Younge St
Grassie, ON L0R 1M0
CANADA

Aire Rite
15122 Bolsa Chica Street
Huntington Beach, CA 92649


Airgas Inc
PO Box 102289
Pasadena, CA 91189-2289


Airwerks
13505 Yorba Ave
Suite S
Chino, CA 91710


Airwest Air Conditioning
1886 S Santa Cruz St
Anaheim, CA 92805


Alex Collins
75 Orchard Street
Salem, MA 01970


Allied Electronics, Inc.
7151 Jack Newelll Blvd South
Forth Worth, TX 76118-7037


Ally Bank
200 West Civic Centre Drive
Sandy, UT 84070


Ally Bank
200 Civic Centre Drive
Sandy, UT 84070

American Coil, Inc
PO Box 203152
Dallas, TX 75320


American Express
PO Box 981535
El Paso, TX 79998-1535


Angela Fentiman
10823 Whipple St #9
North Hollywood, CA 91602


Angie Boyd
1240 Wilcox Ave. #16
Los Angeles, CA 90038


ARC Document Solutions
345 Clinton St
Costa Mesa, CA 92626


Aspen Refrigerants, Inc.
PO Box 952182
Dallas, TX 75395


ASWB Engineering
4050 W. Metropolitan Drive
Suite 100
Orange, CA 92868


AT&T EMD
PO Box 5014
Carol Stream, IL 60197

AT&T Mobility EOD
PO Box 5085
Carol Stream, IL 60197


Athens Services
PO Box 60009
City of Industry, CA 91716


B G Mechanical Service, Inc.
12 Second Ave
Chicopee, MA 01020


B2B Print Services
3415 State Street
Santa Barbara, CA 93105


Bartlett's Ocean View Farm
33 Bartlett Farm Rd
Nantucket, MA 02554


BDO USA LLP
515 S Flower Street 47th floor
Los Angeles, CA 90071


Beach, Thomas J.
487 Flower Street
Costa Mesa, CA 92627-2311


BlueWave Venture Partners, Inc.
27702 Crown Valley Parkway
D4118
Ladera Ranch, CA 92694

Bryan Krueger Enterprises
31101 Via Cristal
San Juan Capistrano, CA 92675


BY Properties LLC
85 Denison Pkwy East Suite 211
Corning, NY 14830


California Dept. of Tax & Fee Admin
450 N. Street
Sacramento, CA 95814


Casscles, Noah L.
154 Park Ave., Apt. 102
Corning, NY 14830-2919


Castillo, Darrel Gomez
1004 W 4th Street
Pomona, CA 91766-1401


Chang, Andrew
23351 Gondor Drive
Lake Forest, CA 92630-3725


Christians, Marcel
1 Spoon Lane
Trabuco Canyon, CA 92679-4925


City of Riverside
PO Box 3808
Tustin, CA 92781-3808

City of Santa Barbara
PO Box 1990
Santa Barbara, CA 93102


Cochran Freund & Young LLC
2026 Caribou Drive Suite 201
Fort Collins, CO 80525


Collins, Alex David
385 Mermaid Street, Unit B
Laguna Beach, CA 92651-2383


Colomaio, Austin Peter
102 Oak Avenue
Elkland, PA 16920-1410


Colorado Department of Revenue
Denver, CO 80261


Computrol Inc.
499 E Corporate Drive
Meridian, ID 83642


Comsa, Gregory E.
37669 Flora Court
Murrieta, CA 92564-2726


Condon, Joseph M.
10540 Muscatel Street
Hesperia, CA 92344-0830

Contractors Prevailing Wage
1620 Alpine Blvd Suite 220
Alpine, CA 91901


Corporate Creations Int'l Inc.
11380 Prosperity Farms Rd 221
East Palm Beach Gardens, FL 33410


Coyote Logistics
2545 W. Diversey Ave
3rd Floor
Chicago, IL 60647


CT Corporation
818 W 7th St Number 930
Los Angeles, CA 90017


CyberCoders, Inc.
6591 Irvine Center Drive Suite 200
Irvine, CA 92618


Danfoss, LLC
Dept CH 19500
Palatine, IL 60055


Daniel Leff
66 Cobble Hill Road
Lake Placid, NY 12946


David Heatley
1031 W Montana
Chicago, IL 60614-2210

David Zezza
28 Palace Gardens Terrace
Kensington
London, UK W84RP
ENGLAND


David Zezza
19111 Baytreet Lane
Sonoma, CA 95476


DCT Palmiowa LLC
3546 Concours Street Suite 100
Ontario, CA 91764


DCT Palmiowa LLC
c/o DCT Property Management LLC
555 17th Street, Suite 3700
Denver, CO 80202


De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101


Dean Wiersma
2236 Shropshire Ave
Fort Collins, CO 80526


Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0002


Diane Stewart
19111 Baytree Lane
Sonoma, CA 95476

DKD Agency Pty Ltd
135 New South Head Road
Vaucluse, NSW 02030
AUSTRALIA


DLS International Legal
28 Palace Gardens Terrace
Kensington
London, UK W84RP
ENGLAND


Electri Cord Manufacturing Co
312 E Main St
Westfield, PA 16950


Ellis, Ian J.
11920 State Route 352
Corning, NY 14830-9340


EMD Global LLC
1129 Portsmith Circle
Marion, IA 52302


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Energy Outlet
PO Box 2307
Blue Jay, CA 92317


Environet Inc.
5156 Campo Road
Woodland Hills, CA 91364

Express Systems and Peripherals
623 Herman Rd
Jackson, NJ 08527-3009


EZ Cooling HVAC Supply Inc.
15925 Loukelton St
City of Industry, CA 91744


Facilities Resource Group, Inc.
2121 Colina Vista Way
Costa Mesa, CA 92627


FasTest Inc.
1646 Terrace Drive
Roseville, MN 55113


FedEx
PO Box 7221
Pasadena, CA 91109-7321


FedEx Freight
2200 Forward Dr
Harrison, AR 72602


Ferguson Heating & Cooling
South Towne Ave
Pomona, CA 91766


Firmex Corp
110 Spadina Ave
Suite 700
Toronto, ON M57 2K4`
CANADA

Fisher, George R.
2045 Blue Yonder Way
Fort Collins, CO 80525-2007


Fletcher Jones Motor Cars, Inc.
3300 Jamboree Road
Newport Beach, CA 92660


Fluid-O-Tech, Inc.
161 Atwater St
Plantsville, CT 06479


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0500


Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Frank Carroll
9 Bayberry Lane
Greenwich, CT 06831


Garcia, Mark A.
11574 Maple Avenue
Hesperia, CA 92345-1939


Geolinks
251 Camarillo Ranch Rd
Camarillo, CA 93012

Georgia Department of Revenue
1800 Century Boulevard, NE
Atlanta, GA 30345


Gomez Air
845 N Aspen Ave
Rialto, CA 92376


Grainger
101 S Rice Ave
Oxnard, CA 93030


Green, David
32 Forest Creek Circle
Chico, CA 95928-4176


Gregory Miller
6349 Southridge Greens Blvd.
Fort Collins, CO 80525-9153


Hazlow Electronics
49 St Bridgets Drive
Rochester, NY 14605


Henderson, Tanner
314 Rochester Street, Apt. B
Costa Mesa, CA 92627-4765


Hidley, Henry Joshua
1215 Maple Street
Santa Paula, CA 93060-1113

HNRY Logistics
5200 W 110th St
Overland Park, KS 66211


Home Depot
2455 Paces Ferry Rd Nw
Atlanta, GA 30339


Honeyman, Michelle D.
2230 E. Ocean Blvd., Apt. 2
Long Beach, CA 90803-2441


Huu, Tony-Vu
17044 Greenleaft Street
Fountain Valley, CA 92708-3524


Hy-Grade Metal Products Corp
906 Burnett Ave
Syracuse, NY 13203


Ice Bear SPV #1, LLC
650 Fifth Avenue, 17th Floor
New York, NY 10019


Ice Bear SPV #1, LLC - ACP Thule Investm
650 Fifth Ave, 17/F
New York, NY 10019


Ice Energy Co - Inveswtment
1 Little W 12th Street, Suite 505
New York, NY 10014

ID Booth, Inc
620 William Street
Elmira, NY 14902


Illinois Department of Revenue
P.O. Box 19031
Springfield, IL 62794-9031


Image 2000 Inc.
26037 Huntington Lane
Santa Clarita, CA 91355


Inficon
Two Technology Place
East Syracuse, NY 13057


Inland Mechanical Services
1181 California Avenue
Suite 260
Corona, CA 92881


Insperity
19001 Crescent Springs Drive
Kingwood, TX 77339


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Specialty Products
55 Gilmore Drive
Sutton, MA 01590

Intertek
42 Buffalo Rd
East Aurora, NY 14052


IRR Supply Centers, Inc.
908 Niagara Falls Blvd
North Tonawanda, NY 14120


James A. Kelly
270 Sturtevant Drive
Sierra Madre, CA 91024


James White
314 N 12th Street, Apt 1005
Philadelphia, PA 19107


Jason Express, Inc.
8653 Garvey Ave STE 105
Rosemead, CA 91770


John Marinacci
2650 Seminole Ave
Seaford, NY 11783


Johnstone Supply
77 Halstead St Suite 3
Rochester, NY 14610-1955


Joseph Draper
50 Sunnieholme Drive
Fairfield, CT 06824

Kane, R.
339 62nd Street
Newport Beach, CA 92663-1901


Kassy Kebede
1261 Madison Avenue #6s
New York, NY 10128


KB Sheetmetal Fabrication
17371 Mount Wynne Circle
Suite B
Fountain Valley, CA 92708


Kelly, Kaitelyn B.
P.O. Box 30102
Santa Barbara, CA 93130-0102


Kelvion Inc.
5202 W Channel Rd
Catoosa, OK 74015


Kerr Engineering & Sales, Inc.
26010 Towne Centre Drive
Foothill Ranch, CA 92610


Lakrits, LLC
897 Cieneguitas Rd
Santa Barbara, CA 93110


Lau Industries
4509 Springfield St
Dayton, OH 45431

Law Office of Leanna M. Gerritsen
PO Box 1317
Santa Ynez, CA 93460


Lee, Ester
732 Embarcadero Del Norte
Goleta, CA 93117-4607


Lennox Industries
2100 Lake Park Blvd
Richardson, TX 75080


Lewis, Harold A.
768 S. Canyon Drive
Springville, UT 84663-2900


Liberty Mutual
175 Berkeley Street
Boston, MA 02116


Lohmiller & Company Inc.
4800 Osage St No 100
Denver, CO 80221


Maine Revenue Services
51 Commerce Drive
Augusta, ME 04330


Marcel Christians
1 Spoon Lane
Trabuco Canyon, CA 92679

Marcus Childress
200 W 72nd Street, Unit 12H
New York, NY 10023


Market Resource Partners, LLC
1818 Market Street 37th Floor
Philadelphia, PA 19103


Massachusetts Dept of Revenue
100 Cambridge Street
Boston, MA 02114


McKelroy, Dylan M.
22290 Naples Drive
Moreno Valley, CA 92557-5911


McKelroy, Michael
37669 Flora Ct.
Murrieta, CA 92563-2726


McMaster-Carr
600 County Line Rd
Elmhurst, IL 60126


Medina, Efrain
2415 Central Ave.
South El Monte, CA 91733-2123


Mercury Aircraft Inc.
8126 Pleasant Valley Road
PO Box 338
Hammondsport, NY 14840

Midnight Mail, Inc.
110 Breeds Hill Rd
Hyannis, MA 02601


Mike Hopkins
2789 Spring Canyon Road
Santa Ynez, CA 93460


Miller, Gergory D.
6349 Southridge Greens Blvd.
Fort Collins, CO 80525-9153


Modine
PO Box 809057
Chicago, IL 60680-9057


Moloney, R. Matthew
25 Sutherland Drive
Ladera Ranch, CA 92694-0744


MSI Data, LLC
500 W Brown Deer Rd
Suite 200
Bayside, WI 53217


Muni-Fed Energy, Inc.
192 Marina Dr
Long Beach, CA 90803-4242


Nafziger, Alan G.
330 Sierra Vista Rd.
Santa Barbara, CA 93108-1745

Najjarine Structures
9070 Irvine Center Drive
Suite 115
Irvine, CA 92618


Nations Interbanc
PO Box 18735
Irvine, CA 92623


Neben, Brent D.
44 Mayfair
Aliso Viejo, CA 92656-2851


Nguyen, Charles K.
14411 Chateau Lane
Huntington Beach, CA 92647-2233


Nguyen, Hong-Kim T.
10142 Becca Drive
Garden Grove, CA 92840-1012


Noah Samara
8903 Ellsworth Court
Silverspring, MD 20910


Noble East Limited
1 Little W 12th Street, Suite 505
New York, NY 10014


Northeast Electrical Service
40 Asinof Avenue
Chicopee, MA 01013

```
NYS Dept of Taxation and Finance
Attn: Office of Counsel
Building 9
WA Harriman Campus
Albany, NY 12227


Oracle America Inc.
500 Oracle Parkway
Redwood City, CA 94065


PAC
25 Broadway, Suite 09028
New York, NY 10004


Packless Metal Hose, Inc
8401 Imperial Drive
Waco, TX 76712


Panzarella, Phillip J.
305 35th Street
Newport Beach, CA 92663-3115


Paz, Manuel R.
13762 Deodar Street
Santa Ana, CA 92705-7911


Philip Perkins
11270 Dominica Avenue
Sylmar, CA 91342


Piazza, Andrea M.
1021 Scandia Ave., Apt. 116
Ventura, CA 93004-2490
```

Pope, Jeffrey G.
26852 Via San Jose
Mission Viejo, CA 92691-1813


Pratt, Alicia L.
161 E. 3rd Street
Corning, NY 14830-3259


Quest Engineered Sales Inc.
2468 E Henrietta Rd
Rochester, NY 14623


Raasch, Joseph O.
910 Cedar Place
Costa Mesa, CA 92627-4162


Rackspace
1 Fanatical Pl
City of Windcrest, TX 78218


Reed, John L.
16 W. Encanto Blvd., Unit 622
Phoenix, AZ 85003-1256


Refrigeration Supplies Distributor
26021 Atlantic Ocean Dr
Lake Forest, CA 92630-8831


Regal Beloit America Inc
3772 Solutions Center
Chicago, IL 60677-3007

Remedy Marketing
145 Canon Drive
Santa Barbara, CA 93105


Richard Dunn
45 via del Pantheon
Roma, RM 00186


Richard, Jennifer L.
1520 Bath Street, Unit B
Santa Barbara, CA 93101-3025


Riverside Public Utilities
3900 Main St
Riverside, CA 92522


Robert D. Teneyck
924 Garden St G
Santa Barbara, CA 93101


Roldan, Jacob Joseph
180 Kingston Ave., Apt. E
Goleta, CA 93117-2321


Rosebud Communications
2862 Maiden Lane
Altadena, CA 91001


Royal Wholesale Electric
3100 S 900 W
South Salt Lake, UT 84119

RREEF CPIF 1575 Sunflower LLC
222 S Riverside Plaza
34th Floor
Chicago, IL 60606


RREEF CPIF 1575 Sunflower LLC
P.O. Box 6234
Hicksville, NY 11802-6234


Russell Sigler, Inc.
PO Box 920
Tolleson, AZ 85353


SalesRabbit
2000 Ashton Blvd
STE 450
Lehi, UT 84043


Sanfer Electric Inc.
174 West Lincoln Ave #257
Anaheim, CA 92805


Santa Barbara Building Maintenance
PO Box 2268
Santa Barbara, CA 93120


Schmidt, Kyle B.
2300 Dupont Drive, Apt. 314
Irvine, CA 92612-8579


Secured Lender Leasing
P.O. Box 2576
Springfield, IL 62708

Silicon Valley Bank
3003 Tasman Dr.
Santa Barbara, CA 93101


SIMA El Paseo, LP
1231-B State Street
Santa Barbara, CA 93101


Smart Alarm
23301 Eagle Ridge
Mission Viejo, CA 92692


Smart Systems Technologies, Inc
9 Goodyear
Irvine, CA 92618


Snell & Wilmer LLP
One Arizona Center
400 E Van Buren Suite 1900
Phoenix, AZ 85004-2202


Snyder, Eric
23281 Via Ronda
Mission Viejo, CA 92691-2228


Spinco Metal Products
One Country Club Drive
Newark, NY 14513


Steve Sullivan
16 Club Vista
Trabuco Canyon, CA 92679

SWEP
PO Box 406658
Atlanta, GA 30384-6658


T.C. Collins and Associates, Inc.
3600 Birch Street
Unit 220
Newport Beach, CA 92660


Tabikha Incorporated
PO BOX 123
Corona, CA 92878


Taylor, Thomas A.
215 Lake Blvd., Apt. 706
Redding, CA 96003-2506


The Armstrong Company Ins. Consultants
2780 Skypark Dr, Ste 440
Torrance, CA 90505


The Bath Building Co
370 W Washington Blvd
Bath, NY 14810


Thybar
440 West Kay Avenue
Addison, IL 60101


Timothy Jensen
390 Brushy Ridge RD
New Canaan, CT 06840

Tipalti
1810 Gateway Dr
San Mateo, CA 94404


Tomasini, R.
37 Cuttysark Road
East Falmouth, MA 02536-6804


Tran, Phuc
13237 Michael Rainford Circle
Garden Grove, CA 92843-2542


Trans-Border Global Freight Systems, Inc
2103 Route 9
Round Lake, NY 12151


Trevi Communications
100 Conifer Hill Drive
Suite 505
Danvers, MA 01923


Universal Automation & Mechanical Servic
24 Walpole Park South
Unit 8
Walpole, MA 02081


US Air Conditioning
PO Box 1111
La Puente, CA 91749


Veris Industries
21499 Network Place
Chicago, IL 60673-1214

Vermont Dept of Taxes
133 State Street
Montpelier, VT 05602


Visbal, Susan A.
13281 El Dorado Dr. Apt. 2051
Seal Beach, CA 90740-3356


Voyager Ocean Limited
Wickhams Cay II
Road Town, Tortola, BVI VG1110
BRITISH VIRGIN ISLANDS


Western Enterprises Supply Inc.
2965 Durahart St
Riverside, CA 92507


WEX (Cheveron)
6001 Bollinger Canyon Rd
San Ramon, CA 94583


White-Rodgers
2895 Harrison St
Batesville, AR 72501-7495


Wyless
29094 Network Place
Chicago, IL 60673-1290


YRC Freight
PO Box 100129
Pasadena, CA 91189-0003